## Hilligoss *v.* Bond.—In error.

Saturday,
December 24.

THE payee of a promissory note may sue on the original consideration for which the note was given. *Hanna* v. *Pegg*, 1 Blackf. 181.